IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            :
                                    :        CRIMINAL ACTION
         v.                         :
                                    :        No. 26-245
LEO SMALLS
USM: 70378-512

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a **Change of Plea** on **Wednesday, July 29, 2026,** at **11:00 a.m.** before the **Honorable Mia R. Perez** in **Courtroom 10-B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A          interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By: M. Harvey, Courtroom Deputy to J.  Perez
Phone: (267) 299-7589

Date: July 6, 2026

cc via U.S. mail:         Defendant
cc via email:             Kathleen Gaughan, Defender Association
                          Joanne Pescatore, Assistant U.S. Attorney
                          U.S. Marshal
                          Court Security
                          Probation Office
                          Pretrial Services
                          Interpreter Coordinator

crnotice (July 2021)